Entered: July 24th, 2025
Signed: July 24th, 2025
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | |
|---|---|
| In re:<br><br>Angela Ward Hyman,<br><br>Debtor. | Case Number: 23-14668<br>Chapter 13 |

## ORDER APPROVING SALE OF REAL PROPERTY AND PAYMENT OF CLAIMS

Upon a motion and/or notice by the Debtor for approval of sale of real property and payment of claims, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the sale noticed by the Debtor in this case of property known as 115 Theodora Court, Forest Hill, MD 21050, is approved by the court, under the terms of this Order; and it is further,

ORDERED, that the debt secured by the present lien of U.S. Bank Trust National Association upon the property shall be paid in full at settlement,

ORDERED, that the debt secured by the present lien of First Horizon Bank upon the property shall be paid in full at settlement,

ORDERED, that after payment of closing costs, the settlement officer shall remit directly to the Chapter 13 Trustee sale proceeds together with a copy of the fully executed settlement sheet (HUD−1),

ORDERED, that if the Trustee does not receive the required proceeds and settlement sheet (HUD−1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate, and it is further,

ORDERED, that the automatic stay of Section 362 of the Bankruptcy Code be terminated solely to the extent necessary to implement the terms of the Sale Order, as appropriate.

cc:
Debtor, Angela Ward Hyman
Sonila Isak Wintz, Esquire, Debtor's Counsel
Chapter 13 Trustee, Brian A Tucci
U.S. Bank Trust National Association
First Horizon Bank

                                              End of Order